■ (A) In the Matter of DOMINIC M. PAFUNDI, JR., Appellant, v. JAMES E. ALLEN, JR., as Commissioner of Education of the State of New York, Respondent. (B) In the Matter of FRED L. YERDON, Appellant, v. JAMES E. ALLEN, JR., as Commissioner of Education of the State of New York, Respondent.— [In each

action] Stay granted to afford appellants opportunity to appeal to the Court of Appeals.